I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO (SEE BELOW) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE

TO:     DATE:     DEPUTY CLERK:
Plaintiff     6/18/2019     N. Boehme

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | CV 17-07245-SVW (DFM) | Date: | June 18, 2019 |
|---|---|---|---|
| Title | Shawn Louis Sutter v. United States of America et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) Order to Show Cause**

On April 29, 2019, this Court ordered Plaintiff to file a First Amended Complaint by May 27, 2019. See Dkt. 95. On June 5, 2019, the Court received Plaintiff's service copy of its April 29 order after it was returned as undeliverable. See Dkt. 96. From the Bureau of Prisons website, it appears that Plaintiff is in a residential reentry center or "halfway house" as he nears his projected release date of August 13, 2019.

Local Rule 41-6 requires a pro se plaintiff to keep the Court apprised of his current address. Failure to maintain a current address creates the risk that a party will not receive the Court's orders or documents filed by opposing parties. As a result, the Court requires a party—even one proceeding in forma pauperis like Plaintiff—to maintain a current address.

Plaintiff's case has already been delayed due to a prior failure of Plaintiff's to keep the Court informed of his current address. See Dkt. 59. The Court's ability to determine this matter in a manner that is "just, speedy, and inexpensive" is impeded by Plaintiff's inability to comply with his obligations under the Local Rules.

**The Court accordingly ORDERS Plaintiff to provide a current address to the Court within fourteen (14) days of this order.** Notice to the Court of a current address shall be deemed a sufficient response to this order. **Plaintiff is expressly warned that failure to notify the Court of a current address may result in a recommendation to the District Judge that this case be dismissed with or without prejudice for lack of prosecution.**

   The Court directs the Clerk to mail a copy of this order along with the Court's April 29 order (Dkt. 95) to Plaintiff's address of record as well as the address listed below for the Residential Reentry Management field office listed on the BOP's website as Plaintiff's current location.

cc:  Shawn Louis Sutter, Reg. No. 30906-018
   c/o RRM Orlando
   RESIDENTIAL REENTRY OFFICE
   6303 COUNTY ROAD 500
   WILDWOOD, FL  34785